07-61365.o1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 07-61365-CIV-COOKE/BROWN

TERRY McKERCHIE,

     Plaintiff,

vs.

SOUTH FIRST MANOR, LLC, et al.,

     Defendants.

_____/

## ORDER GRANTING MOTION FOR RELIEF

**THIS MATTER** is before the Court on Defendants' Motion for Relief ..., filed October 25,

2007. The Court has considered the motion and considered all pertinent materials in the file. This

Court was unaware, at the time D.E. 10 was entered, that extensions to answer had been permitted.

The motion at issue is clearly an integral part of the complaint itself.

     Therefore, and the Court being otherwise fully advised in the premises, it is hereby

     **ORDERED AND ADJUDGED**  that said motion be and the same is hereby **GRANTED**.

And D.E. 10 is hereby **VACATED**.

     **DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of October, 2007.

                              STEPHEN T. BROWN
                              UNITED STATES MAGISTRATE JUDGE

cc:  Counsel of record